# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHLEEN MORGAN, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 18-3671 |
| | : | |
| BANK OF AMERICA, N.A., | : | |
| COUNTRYWIDE BANK, F.S.B.; | : | |
| COUNTRYWIDE HOME LOANS | : | |
| SERVICING, LP; CWALT, INC.; | : | |
| THE BANK OF NEW YORK MELLON | : | |
| f/k/a THE BANK OF NEW YORK; | : | |
| ISSUING ENTITY TRUST ALTERNATIVE | : | |
| LOAN TRUST 2007-OA11; AND | : | |
| DOES 1-100 inclusive, | : | |
| Defendants. | : | |

## ORDER

This 25th day of March, 2019, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF No. 12) is **GRANTED**. Plaintiff's Complaint is dismissed in its entirety with prejudice.

                                                /s/ Gerald Austin McHugh
                                                 United States District Judge